Ellen Eardley, Esq. (pro hac vice) (DC 488741; IL 6281325)
Britt Dillman, Esq. (pro hac vice) (DC 90017814)
MEHRI & SKALET, PLLC
1717 K Street, NW, Suite 900, Washington, DC 20006
Tel: 202.822.5100 Fax: 202.822.4997
Emails: eeardley@findjustice.com / bdillman@findjustice.com

Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
Bina Ahmad, Esq. [S.B. #329387]
Hadsell Stormer Renick & Dai, LLP
128 N. Fair Oaks Ave., Pasadena, CA 91103
Tel: 626.585.9600 / Fax: 626.577.7079
Emails: dstormer@hadsellstormer.com / hchandoo@hadsellstormer.com
bahmad@hadsellstormer.com

Attorneys for Plaintiff,
CRYSTAL GASKILL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL GASKILL,<br>Plaintiff,<br>v.<br>JETBLUE AIRWAYS CORPORATION,<br>Defendant. | Case No. 2:25−cv−11412−AH−ASx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE [36] [JS-6]** |

The Court, having considered the Plaintiffs' Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby ORDERS as follows:

1. This action is DISMISSED in its entirety **WITH PREJUDICE** as to all claims and all parties.

2. Each party shall bear its own attorneys' fees and costs.

3. All pending dates and deadlines are VACATED, and the Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: OCTOBER 9, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE